RECEIVED
IN MONROE, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DORANCE GILBERT PAYNE** | **CIVIL ACTION NO. 05-1014** |
| | **SECTION P** |
| **VERSUS** | **JUDGE JAMES** |
| **CALDWELL CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3W.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 23 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE